DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIDG GOLDE,**
Appellant,

v.

**ROBERT MOFFIE,**
Appellee.

No. 4D21-461

[October 7, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sandra Bosso-Pardo, Judge; L.T. Case Nos. 502020AP000071CAXXMB and 502020CC002337XXXXMB.

Bridg Golde, Miami, pro se.

Meghan Betz of Betz Law, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***